# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT FOX, | |
| Plaintiff, | Case No. 1:17-cv-07001 |
| v. | Honorable Judge Harry D. Leinenweber |
| I.C. SYSTEMS, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, ROBERT FOX ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, I.C. SYSTEM, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: December 5, 2017

Respectfully Submitted,

*/s/ Majdi Y. Hijazin*
Majdi Y. Hijazin, Of Counsel
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone (630)575-8181
Fax: (630)575-8188
mhijazin@hijazinlaw.com